UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLUSEYI ADENIJI,<br><br>        Plaintiff,<br><br>    -against-<br><br>U.S. DEPARTMENT OF COMMERCE CENSUS BUREAU NY REGIONAL OFFICE,<br><br>        Defendant. | 1:19-CV-8796 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 21, 2020, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated: February 21, 2020
     New York, New York

                                COLLEEN McMAHON
                               Chief United States District Judge